**FILED**

12/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0033

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

JUSTIN LEE LONGTINE,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for an extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including February 1, 2021, within which to prepare, serve, and file its response brief.

**KFS**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 28 2020